United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    IN RE RAFAEL OSIAS,                )      No. C 12-00956 EJD (PR)
                                         )
12            Plaintiff.                 )      ORDER OF DISMISSAL
                                         )
13                                       )
                                         )
14                                       )
                                         )
15    _____  )

16            On February 27, 2012, Plaintiff filed a letter complaining of prison conditions

17    which the Clerk of the Court construed as an attempt to file a complaint pursuant to

18    42 U.S.C. § 1983.  On the same day, the Clerk sent Plaintiff a notice that he must

19    submit a complaint within thirty days of the notice to avoid dismissal of the action,

20    and provided a copy of the court's form complaint.  (Docket No. 3.)  The notice was

21    resent on April 10, 2012.

22            The deadline has since passed, and Plaintiff has not filed a complaint.

23    Accordingly, this case is DISMISSED without prejudice for failure to file a

24    complaint.

25

26    DATED: _____5/29/2012_____          _____
                                             EDWARD J. DAVILA
27                                           United States District Judge

28

Order of Dismissal
00956Osias_dism-noncompl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE RAFAEL OSIAS,

          Plaintiff.

Case Number: CV12-00956 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/30/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael Osias T09978
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: _____5/30/2012_____

          Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk