IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAFAEL OSIAS,<br><br>　　　　　Plaintiff. | No. C 12-00956 EJD (PR)<br><br>ORDER OF DISMISSAL |

On February 27, 2012, Plaintiff filed a letter complaining of prison conditions which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) The notice was resent on April 10, 2012.

The deadline has since passed, and Plaintiff has not filed a complaint. Accordingly, this case is DISMISSED without prejudice for failure to file a complaint.

DATED:  5/29/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
00956Osias_dism-noncompl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE RAFAEL OSIAS,

    Plaintiff.

Case Number: CV12-00956 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/30/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael Osias T09978
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: 5/30/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk